IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TRUSTEES OF THE UNITED ASSOCIATION NATIONAL PENSION FUND, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>LAKESIDE PLUMBING LLC aka LAKESIDE PLUMBING & HEAT/AC LLC<br><br>*Defendant*. | No. 1:21-cv-1338-MSN-JFA |

## ORDER

This matter comes before the Court upon the Report and Recommendation issued by Magistrate Judge John F. Anderson ("Recommendation") on April 1, 2022 (Dkt. No. 16). Pursuant to Federal Rule of Civil Procedure 72(b)(2), the deadline for submitting any objections to the Recommendation was April 15, 2022. To date, no objections have been filed.

Thus, after reviewing the record and Judge Anderson's Recommendation, and finding good cause to do so, the Court hereby **APPROVES** and **ADOPTS** the Recommendation. Accordingly, it is hereby

**ORDERED** that Plaintiff's Motion for Default Judgment (Dkt. No. 11) is **GRANTED**; it is further

**ORDERED** that judgment is hereby entered in favor of plaintiffs: Trustees of the United Association National Pension Fund and Trustees of the International Training Fund; it is further

**ORDERED** that judgment is hereby entered against defendant: Lakeside Plumbing LLC, also known as Lakeside Plumbing & Heat/AC LLC in the total amount of $6,030.97; it is further

**ORDERED** that plaintiffs are awarded attorneys' fees and costs in the amount of $3,758.29.

The Clerk of Court is directed to enter judgment as set forth above pursuant to Rule 55 of the Federal Rules of Civil Procedure.

It is **SO ORDERED**.

/s/<br>
Hon. Michael S. Nachmanoff<br>
United States District Judge

April 21, 2022
Alexandria, Virginia